UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN GRAY-EL,

    Plaintiff,

Case No. 19-cv-10952
Hon. Matthew F. Leitman

v.

JENNIFER LOPEZ, *et al.*,

    Defendants.
_____/

## **ORDER REQUIRING PLAINTIFF TO FILE EXHIBITS TO COMPLAINT**

On April 1, 2019, Plaintiff Alvin Gray-El filed a Complaint in this Court against the Defendants. (*See* Compl., ECF #1.) Among other things, Gray-El appears to allege that he created and copyrighted the format of a television program that Defendants have now stolen and infringed. (*See id.*) Gray-El refers to several exhibits in his Complaint, but he has neither attached the exhibits to his pleading nor otherwise provided a copy of them to the Court. Gray's filing is therefore incomplete.

Gray-El shall file the exhibits referred to in his Complaint with the Clerk of the Court by no later than **May 31, 2019**. If Gray does not comply with this order as directed, the Court will dismiss his Complaint without prejudice.

    **IT IS SO ORDERED**.

s/Matthew F. Leitman
MATTHEW F. LEITMAN
Dated: May 1, 2019    UNITED STATES DISTRICT JUDGE

1

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on May 1, 2019, by electronic means and/or ordinary mail.

s/Holly A. Monda
Case Manager
(810) 341-9764