UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ALVIN GRAY-EL,

    Plaintiff,

v.

JENNIFER LOPEZ, *et al.*,

    Defendants.

Case No. 19-cv-10952
Hon. Matthew F. Leitman

_____/

## **JUDGMENT**

For the reasons stated in the order issued on this date, it is **ORDERED** and **ADJUDGED** that Plaintiff's Complaint is **DISMISSED**.

**IT IS ORDERED AND ADJUDGED** that judgment is entered in favor of Defendants and against Plaintiff

**IT IS FURTHER ORDERED** that an appeal cannot be taken in good faith.

                                    DAVID J. WEAVER
                                    CLERK OF COURT

                         By:    s/Holly A. Monda
                                  Deputy Clerk

Approved:

s/Matthew F. Leitman
MATTHEW F. LEITMAN
United States District Judge

Dated: March 5, 2020
Flint, Michigan

1